Law Offices of Wanarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 21-35361 |
| Doreen Alvarez | Chapter 13 |
| Chapter 13 Debtor | Hon. Cecelia G. Morris |

-----------------------------------------------------------------X

## ORDER TO MODIFY PLAN PURSUANT TO 11 U.S.C. 1329

**THIS MATTER** having been opened to the Court on the motion of the Debtor, Doreen Alvarez, seeking an Order pursuant to 11 U.S.C. 1329, to modify her confirmed Chapter 13 Plan to accommodate certain claims that were not anticipated at the original filing of her case, and the Debtor having filed a proposed modified plan at Docket No. 18, and the Court having considered the papers submitted in support and in opposition to the said motion, if any, and the Court having considered the matter on the record at a hearing held on November 9, 2021, it is hereby

**ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted to the extent set forth herein.

2. The Debtor's plan is hereby modified and the Plan filed at docket number 18 shall be deemed to the active confirmed Plan in the within matter.



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: March 11, 2024**
**Poughkeepsie, New York**